FILED'10 SEP 21 13:37USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES COUNCIL 75, | Case No. CV09-1446 SU |
| Plaintiff, | ORDER |
| v. | |
| GOOD SHEPHERD HEALTH CARE SYSTEM, | |
| Defendant. | |

REDDEN, Judge:

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#21) on July 16, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, objections are filed, the court reviews *de novo* those portions of the findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1); *McDonnell*

ORDER- 1

*Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 102 S.Ct. 1277 (1982). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Sullivan.

   IT IS SO ORDERED.

   Dated this 21st day of September, 2010.

                                    /s/ James A. Redden
                                    James A. Redden
                                    United States District Judge